IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NO. 25-357 |
| : | |
| CRISTIAN GEOVANNI ROJAS BENITEZ   : | |

## GOVERNMENT'S TRIAL MEMORANDUM

**I.   THE INDICTMENT**

On August 14, 2025, a federal grand jury returned a one-count Indictment charging the defendant with a violation of 18 U.S.C. § 111(a)(1), (b) (forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with a federal officer). The Indictment alleges that the defendant assaulted Homeland Security Investigations ("HSI") Special Agent J.A., while the officer was engaged in the performance of his official duties, with a deadly or dangerous weapon, that is, a motor vehicle.

**II.   FACTUAL BACKGROUND**

Rojas Benitez is a native and citizen of Mexico. Rojas Benitez entered the United States as a B2 visa holder (tourism visa) on March 7, 2007, with permission to remain in the United States until December 14, 2007. Rojas Benitez never departed and remained in the United States past December 14, 2007. In 2025, federal agents were attempting to locate him in order to take him into custody for a custody redetermination after he violated conditions of his immigration release, which included a 2024 conviction which led to him being placed on probation in Lancaster County, Pennsylvania.

On June 23, 2025, HSI Special Agent J.A., a Deportation Officer from ICE Enforcement

and Removal Operations ("ERO"), and a special agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), were attempting to locate Rojas Benitez based on the above-referenced immigration violations. Based on their investigation, they believed the defendant resided at 38 ½ West Lancaster Avenue, Apartment #2, Downingtown, Pennsylvania. The agents conducted surveillance that morning at that location.

At approximately 8:30 a.m., the defendant, whom agents recognized from his official photograph, exited the property and entered a dark grey Dodge Ram Pickup truck displaying Pennsylvania registration ZVX-0782. Record checks conducted through the Pennsylvania Department of Transportation revealed that the vehicle was registered to Cristian Geovanni Rojas Benitez, 38 ½ West Lancaster Ave, Apartment #2, Downingtown, Pennsylvania.

Rojas Benitez, the driver and sole occupant in the vehicle, started to depart the area in the Dodge Ram pickup. The law enforcement officers then conducted a vehicle stop in the exit area of the parking lot of 38 ½ West Lancaster Avenue. All three law enforcement officers were wearing items clearly displaying federal law enforcement labels and markings, and some of the law enforcement vehicles had their emergency police lights activated.

The defendant initially stopped his truck in the exit of the parking lot as a result. However, when officers approached his truck, the defendant would not comply with them. The defendant refused several commands, in English and Spanish, to roll down his window and to get out of vehicle.

Because of the vehicle's window tint, Special Agent J.A. moved in front of the Dodge Ram to get a view of Rojas Benitez since the windshield was not tinted. The ATF agent moved his vehicle in front of the Dodge Ram to block it from exiting the driveway, and then Special

Agent J.A. walked towards the passenger side front headlight of the Dodge Ram to maintain sight of Rojas Benitez.

After several commands for Rojas Benitez to roll down his window, the law enforcement officers told him that if he did not comply, his window would be broken. Since Rojas Benitez continued not to comply after numerous warnings given repeatedly over the course of several minutes, the ERO officer broke the rear driver's side passenger window of the Dodge Ram.

As soon as the rear driver's side passenger window was broken, Rojas Benitez placed the vehicle in drive and drove over the sidewalk in Special Agent J.A.'s direction. To avoid being run over by the Dodge Ram pickup truck, Special Agent J.A. had to push off the truck with his hand and jump out of way. Additionally, the ERO officer and ATF agent, who were both on the driver's side of the truck, had to move away quickly. As Rojas Benitez sped over the sidewalk onto West Lancaster Avenue, he narrowly missed a school bus that was stopped at a traffic light. Rojas Benitez sped away in the Dodge Ram. Law enforcement briefly followed the truck but lost sight of it due to the high rate of speed at which it was traveling.

Later that day, Rojas Benitez called his Lancaster County Probation officer to tell her that he missed his mandatory appointment because he was approached by people he believed were ICE and that he drove away from them in his car. He also asked if ICE had been in contact with her. Rojas Benitez ultimately failed to appear at a subsequent court-mandated probation meeting on June 26, 2025, and he fled the state. A probation violation warrant was issued on June 27, 2025.

The United States Marshals Serviced used sensitive investigate tactics to find Rojas Benitez. Ultimately, he was arrested in Washington, D.C., on July 24, 2025. When he was told

that he had a warrant charging him with assaulting an officer, the defendant said that he did not even hit him with the car.

### III.  STATUTE CHARGED AND ELEMENTS OF THE OFFENSE

Title 18, United States Code, Section 111 provides:

(a) Whoever

(1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; or

(2) forcibly assaults or intimidates any person who formerly served as a person designated in section 1114 on account of the performance of official duties during such person's term of service,

> shall, where the acts in violation of this section constitute only simple assault, be fined under this title or imprisoned not more than one year, or both, and where such acts involve physical contact with the victim of that assault or the intent to commit another felony, be fined under this title or imprisoned not more than 8 years, or both.

(b) Enhanced Penalty

Whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years or both.

To convict a defendant of this crime, the government must prove the following elements:

1. That on or about the date specified in the Indictment, Homeland Security Investigations Special Agent J.A. was a federal officer;

2. That at that time, the defendant forcibly assaulted *or* resisted *or* opposed *or* impeded *or* intimidated *or* interfered with Special Agent J.A.;

3. That, at the time, Special Agent J.A was engaged in the performance of his official duties;

  4. That the defendant acted willfully;

  5. That the defendant used a deadly or dangerous weapon.[1]

## IV. STIPULATIONS AND POTENTIAL ISSUES

To streamline the trial for the Court's and jury's convenience, the government will propose to the defense a number of standard and routine stipulations for cases such as this. These proposed stipulations will cover, perhaps among other things, that the victim was a federal officer and that he was engaged in the performance of his official duties at the time of the incident, and the body worn camera videos are what they purport to be (although the witnesses will be able to identify themselves in the videos, and thus, authenticate them).

## V. WITNESSES

The Government may call the following witnesses in its case-in-chief:

  A. Department of Homeland Security Special Agent J.A.

  B. Immigration and Customs Enforcement - Enforcement and Removal Officer M.P.

  C. Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent M.O.

  D. Department of Homeland Security Special Agent F.J.Z.

  E. Deputy United States Marshal C.W.

  F. Deputy United States Marshal M.S.

  G. Lancaster County Probation Officer A.B.

---

[1] *See United States v. Wheeler,* 831 F. App'x 53, 56 (3d Cir. 2020) ("a car counts as a dangerous weapon because it can easily injure or kill").

## VI. EXHIBITS

| Exhibit | Title | Introduced | Admitted |
|---|---|---|---|
| 1(a-b) | Google Maps of 38 ½ Lancaster Avenue, Downingtown, PA (Satellite and Street View) | | |
| 2 | Body Worn Camera – HSI Special Agent J.A. | | |
| 3 | Body Worn Camera – ICE-ERO M.P. | | |
| 4(a-d) | Body Worn Camera (US Marshals) (4 videos) | | |
| 5 | Target Photograph (Defendant) with Identifiers | | |
| 6 | Target Tattoo Photographs (Defendant) | | |
| 7 | Defendant's Vehicle BMV Information | | |
| 8 | Defendant's JNET Showing Photograph, Identifiers, Tattoos | | |
| 9(a-d) | FBI Surveillance Photos (4) | | |
| 10(a-b) | Defendant Booking Photos (2) | | |
| 11 | HSI Report of Investigation (Opening) | | |
| 12 | HSI Report of Investigation (Arrest) | | |
| 13 | HSI Report of Investigation (Supplemental) | | |
| 14 | ICE-ERO Report of Investigation | | |
| 15 | ATF ROI | | |
| 16 | FBI 302 Summary (Surveillance) | | |
| 17 | FBI Surveillance Email | | |
| 18 | HSI Report of Investigation – Marshal Interview | | |
| 19 | HSI Report of Investigation – Probation Interview | | |
| 20 | Probation Email | | |
| 21 | Transcript | | |
| 22 | Complaint and Warrant | | |
| 23 | Search Warrant and Pen Register (Phone Number) | | |
| 24 | Verizon 2703(d) (Phone number) | | |
| 25 | WhatsApp Pen Register | | |
| 26 | Delegation Form | | |
| 27 | A-File | | |
| 28 | T-File | | |
| 29 | Defendant UJS Court Summary | | |
| 30 | Defendant Federal NCIC | | |
| 30 | Defendant State NCIC | | |

The government respectfully requests to reserve the right to supplement this memorandum, its witness list, and its exhibit list as may be required.

Respectfully submitted,

DAVID METCALF
United States Attorney


s/ *Maureen McCartney*
MAUREEN McCARTNEY
Assistant United States Attorney
Chief, Violent Crime Unit


s/ *Katherine Shulman*
KATHERINE SHULMAN
Assistant United States Attorney

Date: October 22, 2025.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Government's Trial Memorandum has been served by electronic filing and/or first-class mail or e-mail on this date to:

>Jonathan McDonald
>Federal Defender Association
>601 Walnut Street, Suite 540 West
>Philadelphia, PA 19106
>*jonathan_mcdonald@fd.org*

>s/ *Katherine Shulman*
>KATHERINE SHULMAN
>Assistant United States Attorney

Dated: October 22, 2025.