IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | NO. 25-CR-357 |
| CRISTIAN GEOVANNI ROJAS BENITEZ | : | |

## ORDER

**AND NOW,** this 23rd day of October, 2025, in consideration of the Government's Motion *In Limine* to Admit Evidence Under Rule 609, it is hereby ORDERED that the Motion is DENIED, as UNTIMELY. The deadline for motions *in limine* was September 15, 2025, and this Motion was filed on October 20, 2025. If Defendant testifies at trial, this Court will consider the appropriateness of evidence under Rule 609 at that time. The Government should notify the Court of its intention to introduce evidence under Rule 609 outside the presence of the jury or at sidebar so the Court may entertain objections to and argument regarding that evidence, if appropriate.

BY THE COURT:

_____
GAIL WEILHEIMER          J.